## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE INTERCEPT PHARMACEUTICALS,   :
INC. DERIVATIVE LITIGATION          :         Lead Case No. 1:21-cv-00101-MN
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### STIPULATION AND ORDER STAYING ACTION

WHEREAS, on December 29, 2020, Plaintiff Delfin Rabinovich filed a shareholder derivative action in the United States District Court for the Southern District of New York against Defendants Paolo Fundarò, Luca Benatti, Nancy Miller-Rich, Daniel Welch, Mark Pruzanski, Daniel Bradbury, Gino Santini, Srinivas Akkaraju, Keith Gottesdiener and Glenn Sblendorio, and Nominal Defendant Intercept Pharmaceuticals, Inc. ("Intercept"), asserting state law claims of breach of fiduciary duties, unjust enrichment, abuse of control and a claim for contribution under Sections 10(b) and 21D of the Securities Exchange Act of 1934 (the "*Rabinovich*" Action);

WHEREAS, on January 27, 2021, the Parties stipulated to the transfer of the *Rabinovich* Action to this Court, and on January 28, 2021, the Southern District of New York so-ordered the stipulation to transfer and effected the transfer to this Court;

WHEREAS, on February 1, 2021, Plaintiff Pearl Fung filed a related shareholder derivative action in this Court captioned as *Fung v. Fundaro, et al.,* Case No. 21-cv-00128-MN (the "*Fung* Action"), which arises out of similar allegations, and is asserted against the same defendants, in the *Rabinovich* Action;

WHEREAS, on March 1, 2021, this Court consolidated the *Rabinovich* and *Fung* Actions for all purposes under the caption *In Re Intercept Pharmaceuticals, Inc. Derivative Litigation*, Lead Case No. 1:21-cv-00101-MN (the "Consolidated Derivative Action");

WHEREAS, the Consolidated Derivative Action is related to, and arises out of, similar factual allegations as are asserted in a putative securities fraud class action pending in the Southern District of New York captioned as *Chauhan v. Intercept Pharmaceuticals, Inc., et al.*, No. 21-cv-00036 (LJL) (S.D.N.Y.) (the "Securities Class Action");

WHEREAS, on January 25, 2021, the lead plaintiff and lead counsel in the Securities Class Action was appointed pursuant to the Private Securities Litigation Reform Act;

WHEREAS, Defendants in the Securities Class Action expect that an amended consolidated complaint will be filed in the Securities Class Action and Defendants expect to file a motion to dismiss that consolidated amended complaint;

WHEREAS, the Plaintiffs and Defendants (collectively the "Parties) in this Consolidated Derivative Action believe that a ruling on the motion to dismiss in the Securities Class Action may help inform the manner in which this Consolidated Derivative Action proceeds; and

WHEREAS, in the interest of judicial economy, the Parties in this Consolidated Derivative Action have agreed to stay the Consolidated Derivative Action, including motion practice and discovery, until a decision is rendered on the motion to dismiss in the Securities Class Action.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties by their undersigned counsel, subject to approval of the Court, as follows:

1. All proceedings and deadlines in this Consolidated Derivative Action shall be stayed until a decision is rendered on the motion to dismiss in the Securities Class Action.

2. Within thirty (30) days after the ruling on the motion to dismiss in the Securities Class Action, the Parties in this this Consolidated Derivative Action will confer in good faith to determine a schedule for further proceedings in this action if required, and will submit a proposed scheduling stipulation for this Court's review and approval.

3. In the event that any other Intercept shareholder files another shareholder derivative action on behalf of Intercept based on the materially same set of facts alleged in this Consolidated Derivative Action, Intercept agrees to notify Plaintiffs of that fact.

4. The parties agree that while the Consolidated Derivative Action is stayed, in the event Defendants provide any documents in response to any demand for inspection of documents made by any other Intercept shareholder based on the materially same set of facts alleged in the Consolidated Derivative Action, Defendants agree to produce or provide for inspection those documents to Plaintiffs subject to the same form and confidentiality requirements under which the documents were produced or provided for inspection to the other Intercept shareholder.

5. Notwithstanding this stay of the Consolidated Derivative Action, Plaintiffs may file an amended complaint during the pendency of the stay. Defendants shall be under no obligation to respond to any such amended complaint while the Consolidated Derivative Action is stayed.

6. The Parties agree that, at any time during which this Consolidated Derivative Action is stayed pursuant to this Stipulation, any Party may file a motion with the Court to lift the stay, so long as the Party provides at least thirty (30) days written notice to the other Parties prior to filing such a motion.

7. This Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties to the Consolidated Derivative Action.

Dated: March 12, 2021

| | |
|---|---|
| **BIELLI & KLAUDER, LLC** | /s/ Edward B. Micheletti |
| | Edward B. Micheletti (ID No. 3794) |
| /s/ Ryan M. Ernst | **SKADDEN, ARPS, SLATE,** |
| Ryan M. Ernst (#4788) | **MEAGHER & FLOM LLP** |
| 1204 N. King Street | 920 N. King Street, P.O. Box 636 |
| Wilmington DE 19801 | Wilmington, Delaware 19899-0636 |
| Telephone: (302) 803-4600 | Telephone: (302) 651-3000 |
| | Email: edward.micheletti@skadden.com |
| *Liaison Counsel for Plaintiffs* | |
| | *Attorneys for Defendants* |
| **GAINEY McKENNA & EGLESTON** | |
| Thomas J. McKenna | OF COUNSEL: |
| Gregory M. Egleston | |
| 501 Fifth Avenue, 19th Floor | James R. Carroll |
| New York, NY 10017 | Alisha Q. Nanda |
| Telephone: (212) 983-1300 | Rene H. DuBois |
| Facsimile: (212) 983-0380 | **SKADDEN, ARPS, SLATE,** |
| Email: tjmckenna@gme-law.com | **MEAGHER & FLOM LLP** |
| Email: gegleston@gme-law.com | 500 Boylston Street |
| | Boston, Massachusetts 02116 |
| **BRAGAR EAGEL & SQUIRE, P.C.** | Telephone: (617) 573-4800 |
| Garam Choe | Email: james.carroll@skadden.com |
| 810 Seventh Avenue, Suite 620 | Email: alisha.nanda@skadden.com |
| New York, New York 10019 | Email: rene.dubois@skadden.com |
| Telephone: (646) 860-9450 | |
| Facsimile: (212) 486-0462 | |
| Email: choe@bespc.com | |

*Co-Lead Counsel for Plaintiffs*

IT IS SO ORDERED this 15th day of March 2021:

                                                     The Honorable Maryellen Noreika
                                                     United States District Judge