## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE INTERCEPT PHARMACEUTICALS,     :
INC. DERIVATIVE LITIGATION           :       Lead Case No. 1:21-cv-00101-MN
                                     :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Delfin Rabinovich and Pearl Fung ("Plaintiffs"), by and through undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Nominal Defendant Intercept Pharmaceuticals, Inc. ("Intercept") and individual defendants Paolo Fundarò, Luca Benatti, Nancy Miller-Rich, Daniel Welch, Mark Pruzanski, Daniel Bradbury, Gino Santini, Srinivas Akkaraju, Keith Gottesdiener and Glenn Sblendorio (together with Intercept, the "Defendants").

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have neither answered the Complaint nor filed a motion for summary judgment.

Additional notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because there has been no settlement or compromise of this action, and neither Plaintiffs nor their counsel have received or will receive any consideration from Defendants for this dismissal.

The parties shall bear their own costs.

DATED: April 28, 2022            **BIELLI & KLAUDER, LLC**

                                 */s/ Ryan M. Ernst*
                                 Ryan M. Ernst (#4788)
                                 1204 N. King Street
                                 Wilmington DE 19801
                                 Telephone: (302) 803-4600

                                 *Liaison Counsel for Plaintiffs*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0380
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**JULIE & HOLLEMAN LLP**
Garam Choe
157 East 86th Street, 4th Floor
New York, New York 10028
Telephone: (646) 397-9817
Email: garam@julieholleman.com

*Co-Lead Counsel for Plaintiffs*